IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dawson Sr, Miles

Printed: 9/3/08

Case Number: 05 B 45650
Judge: Goldgar, A. Benjamin
Filed: 10/7/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 25, 2008
Confirmed: December 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,758.00 |  |
| Secured: |  | 2,081.14 |
| Unsecured: |  | 165.20 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,240.50 |
| Trustee Fee: |  | 249.83 |
| Other Funds: |  | 21.33 |
| Totals: | 4,758.00 | 4,758.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas R Hitchcock | Administrative | 2,240.50 | 2,240.50 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 1,433.35 | 1,433.35 |
| 4. | America's Servicing Co | Secured | 8,027.70 | 647.79 |
| 5. | Cavalry Portfolio Services | Unsecured | 354.71 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 110.92 | 18.79 |
| 7. | Marshall Field & Company | Unsecured | 106.63 | 18.06 |
| 8. | Resurgent Capital Services | Unsecured | 97.30 | 16.48 |
| 9. | Capital One | Unsecured | 522.39 | 88.47 |
| 10. | Peoples Energy Corp | Unsecured | 182.95 | 23.40 |
| 11. | Verizon Wireless | Unsecured | 74.31 | 0.00 |
| 12. | Thomas R Hitchcock | Priority |  | No Claim Filed |
| 13. | Allied Interstate | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 13,150.76 | $ 4,486.84 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 110.38 |
| 5% | 43.05 |
| 4.8% | 36.00 |
| 5.4% | 60.40 |
|  | _____ |
|  | $ 249.83 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Dawson Sr, Miles | Case Number:  05 B 45650 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  9/3/08 | Filed:  10/7/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

